FILED '25 02 24 AM 09:50 MDGA-MAC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____Macon_____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Denver Fenton Allen, esq.
#GDC# 0001149052
#1149052
~~Alt Mostro mbbb Mansa~~

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

CIVIL ACTION NO: _____

VS.

World class cut all 7 continents,
USA congress, each Humeothe,
Treesury Dept. all 7 continents,
GDC/DOC/S+b FGA GPCP/SMU.

(NAME OF EACH DEFENDANT)

Defendant(s)

Joe Williams Wedncnu

I. GENERAL INFORMATION

1. Your full name and prison number __Denver F Allen #1149052__
2. Name and location of prison where you are now confined __GDCP/SMU Jackson, GA.__
3. Sentence you are now serving (how long?) __Life W/O parole pending choser__
   (a) What were you convicted of? __Felony murder/malice murder/agg. assth + 4 aggravated battry 12/12/17__
   (b) Name and location of court which imposed sentence __Floyd co. super court 2 court prove Rome Ga. 30161__
   (c) When was sentence imposed? __12/12/17__
   (d) Did you appeal your sentence and/or conviction?   Yes ☐   No ☑
   (e) What was the result of your appeal? __I est morgen to appear it pror to the plea minn before plea hesytno!__

[Notary seal: OFFICIAL SEAL John A Young NOTARY PUBLIC-GEORGIA Monroe COUNTY My Comm. Expires July 16, 2028]

John A Young                                    D. Allen esq.
Notary Public

(f) Approximate date your sentence will be completed  Death / 888 88880

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

    Yes [✓]    No [ ]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
   Plaintiff(s): Denver Allen, I have filed our 4 cases lawsuits a ammted remember hms cen #s specifics
   Defendant(s): Mr Walter Reed, Mr Mitchell Th Thy both comm Pulany with octh to Office + Perry to Fed and state Perjury

   (b) Name of Court: US District Court Bases Gr M District GA
   (c) Docket Number: 4UWU25 ULMUE  When did you file this lawsuit? 7/10/11
   (d) Name of judge assigned to case: Murphy + Walter Johnson etc
   (e) Is this case still pending?    Yes [ ]    No [✓]
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
   after Perse Flumming + D Boncham Penty tre chpt transcrpt held in 4/14/14 it got ruled etc by court rumbers mhme.

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?    Yes [✓]    No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
   Plaintiff(s): I cant purchace ulds the sauulty
   Defendant(s): Why Arnl Euns Bussin Bruen
   (b) Name of Court: Tithmu Hagnu Stole chir + rumeh reher
   (c) Docket Number: _____  When did you file this lawsuit? _____
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending?    Yes [ ]    No [ ]

_Jehn A Young_
Notary Public

OFFICIAL SEAL
John A Young
NOTARY PUBLIC-GEORGIA
Monroe COUNTY
My Comm. Expires July 16, 2028

_Jms A all_
_Ann esq._

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_The case #4:11-cv-185-HLM-WEJ got manipulated under + court anual transcript by Flemming on 8/14/14_

8. AS TO **ANY** LAWSUIT FILED IN **ANY** FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes [✓]   No [ ]

If your answer is Yes, state the name of the court and docket number as to each case:

_Can't remember_
_can this christmas_
_clue i not not clue_
_going up shown_

## III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? _GD CIDOL FCIO, BCSO, CSH GNCP, BSP Amp, FCIO, MPI VIP, GNCP/SMU_

(a) Does this institution have a grievance procedure?   Yes [✓]   No [ ]

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes [✓]   No [ ]

(2) If Yes, what was the result? _I try to Free to you in her on 150 month saying my money tip show could with, still in month - Kathrw + Mary stole + barbed boys._

(3) If No, explain why not: _I did BMT got months I molested stolen by coon culon now Kathrw + Mark DO 2015 not about to stop my 8n tip got 74 sn months no can promiche woman._

OFFICIAL SEAL
John A Young
NOTARY PUBLIC-GEORGIA
Monroe COUNTY
My Comm. Expires July 16, 2028

_John A Young_
Notary Public

_D. Amess_

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

I've talked mo's wp's RA's RN's multiples court rep state/Fed & also psych mp's psychiatrist FBI in July 2018 hve ltrs Fed marshall sy Doctors

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system? Yes [✓] No [ ]

(1) If Yes, to whom did you appeal and what was the result? The warden hvr at GDCP/smu not let exhaust appls fm 6/12/19 - 12/28/24 answs routn my ethu

(2) If No, explain why you did not appeal: I hve 74 grievnpts nw myvt cant produce color or files & not naturd either bnbed or wchnt7gchnvt cn

10. In what other institutions have been confined? Give dates of entry and exit. Mchmt
Photogrc mumnys 7/3/00, 3/12/00, 5/10/00, 12/27/00, 1/10/0901
12/10/97, 3/23/01, 11/21/01, 3/4/02, 6/11/02, 10/14/02,
5/10/03, 6/12/03, 7/13/03, 4/12/03, 11/18/03, 3/24/04,
4/18/04, 2/10/05, 4/23/03, 1/4/03, 4/21/05, 7/22/08,
11/5/08, 12/23/08, 1/10/04 5/14/09, 7/12/05, 7/13/05,
etc.

IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.
Deaw Ann
P.O. Box 7977
Tucktwn Ga 30237

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

| World class cut | world | all trtmnts |
| US Govt | cmtc hmm wp mp. US govt |
| State OF GA | DOC | GD CP/smu |
| Joe Whtrns | wrdn | smu/GDCP |
| DW'S Tnnr | DW | Smu/GDCP |

OFFICIAL SEAL
John A Young
NOTARY PUBLIC-GEORGIA
Monroe COUNTY
My Comm. Expires July 16, 2028

John A Young
Notary Public

itm ccs
D. Ann esc

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

<u>WHERE</u> did the incident you are complaining about occur? That is, at what institution or institutions? BCSO, CSH, GDCP, BSP, ASMP, FCSO, HSP, VSP, SMU (NWPDC)(DFA)

<u>WHEN</u> do you allege this incident took place? 4/2/08 – 7/22/08 – 7/13/09 – 12/31/24 (ongoing)

<u>WHAT</u> happened? Ofc. sander/shield + other female cops on audio feed dos 24/7 and now as I doa about pathetic throving hag. Jo Ann. (will doa) I got a 45,000 doa loss in 19 on site. The blood + VC, mob sla 19 order, help king David 2-15-19 19 order + hup wip + Folk 19 smash on ritocan, a 19 order school + say she loved on you + dos the fuckout you now + 24/7 say got loved down + that not call. I hate that stank'n' hog, my sister. I do not call to hear their lies. I call for money or only call hr once evry 5 yr. + Michh once + hmy if me I will not call back for awhile I got to put Lovo $ before I call back for hr her son too. I'll never call Jo Ann back I hate her + Perotts firm open Ig 1583's backup stole billions had re-expensed cvi hr prove

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? BCSO, CJA, GDCP, BSP, ASMP, FCSO, VSP, HSP, GDCP/SMU, NWPDC

WHEN do you allege this incident took place? 4/2/05-7/22/08, 7/13/06-11/5/24 also 11/18/03 - 3/26/04

WHAT happened? I up had nose broken by John, Joe, + Charles, Taturcin in 2002 on Dec 17, 2002 in a mob initiation affliction in case Nostra both also up it had wrong nose brown cause an infection from congestion + blockage cholesterol etc. After 11/18/03 sent to NWPDC + caught streptococcus pneumonia base germ, stuff I was in even came infected due to blockages, arrested custom. I got to set it fixed. I've got so bad that this blo the infection + I sent up pipe I was imgsth out ENT in mouth (lavage) I up had Phx been blowing since 2013 now 11/5/24 I up I got Sps. on 1583 caught up. I shy sent at NWPDC until locked up in 3/26/04. I go back to BCSO, on 4/12/06 got so bad at BCSO that mnscape got sent to CJA 4/15/06 got it seen. 4/18/06 sent to County th ENT specialist say he fix but let BCSO.

GND John A Young, Notary Public

Notary Public

OFFICIAL SEAL
John A Young
NOTARY PUBLIC-GEORGIA
Monroe COUNTY
My Comm. Expires July 16, 2028

Ken Allen
D. Ann, esq.

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? GDCP, BCSO, AMP, CSH, FCSO, BSP, VSP, SMU, HSP, NWPDC, etc.

WHEN do you allege this incident took place? 11/18/03 - 3/26/04 - 4/2/05 - 7/22/08 - 7/13/09 - 11/8/24

WHAT happened? I up got 20 copies of 1983 statements of claim. I got to doc I will file up to 20 reproduction a who I got 20 now, got a new pen. I p I got bm record my distress record or loss. Price I gn material or loss. It 11/8/24 I doc t our bm the local, state + fed. cact will also up pain sure got c 40,000 ps. loss. I got our 20 env. 700 ps. each shp AM of cm lords or notified lawsuit doc. I p Her, one state 720 ps of such case 18 ms. ago. I been in 2nd 104 m pr 12 ms. or so 13 ms. I up my file gnw but not up to where it was 24 ms ago who I threw away 3). 400 ps on the file shr own. I got to also clw mgunh, PTSD, OCD, ADHD + Depressn loss. will du/D un cops, RN's psy people in clam to dr un is 24/7 to try to force but a cap urn shut + pen so who rough a my mmm B. smesh.

cc: 10/13/24

_John A. Young_
Notary Public

OFFICIAL SEAL
John A Young
NOTARY PUBLIC-GEORGIA
Monroe COUNTY
My Comm. Expires July 16, 2028

Ellen Allen
D. Ann c/4..

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

**WHERE** did the incident you are complaining about occur? That is, at what institution or institutions? BCSO, FCSO, CSH, GDCP, BSP, ASMP, VSP, HSP, GDCP, SMU.

**WHEN** do you allege this incident took place? 4/2/05 - 7/22/08 - 7/13/09 - 12/7/24

**WHAT** happened? I doc. got to start to reproduce 1983 claim doc. seen here up to 30 a wk. plus up 2 Internal Affairs. I got goal to meet by 7/13/2425 to have 300 new 1983 claim doc/statements + notarized also up to 300 Notarized IA gr. repeat 30 a wk also. I'll order some 30 of the consumer Affairs by next wk also. I up I got a court of appeal lawsuit ready now, one Supreme Court filin' + 1 or 2 Bivens + an OSHA WRA gr each notarized to go out after I copy each. I'm a have all kinds of doc. by 7/13/25. I up recent new black Female PWIT say all 24 recent gr I File through Marshall got closed out none pending. They really threw away. I gave her she walked off + will not give me my receipt. I can't even file a gr. + they let #102 file #116 file. I heard Hefner onser a gr. today for somebody. I have a urinary tract infection need a shot of cortrcost.

John A Young
Notry Public

OFFICIAL SEAL
John A Young
NOTARY PUBLIC-GEORGIA
Monroe COUNTY
My Comm. Expires July 16, 2028

Daman Allen
Allen, esq.

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? BCSO, FCSO, CSH, Amp, Smy, VSP, HJP, CSH, BSP, GDCP, NWPDC

WHEN do you allege this incident took place? 11/18/03-3/26/04, 4/2/05-7/27/08, 7/13/05-11/5/24

WHAT happened? I up up to 6 on 1983 claim. Up I got 40,000 pls by s. I up try to access gr procedur. Trimmer, Morrier, Ren, Wyrrens Turner, Hursone, Hopher, Ford, Thorton, Shopherd, Oast + C.A. in Dept. Stop + Pay for receipts on bribes from 2 also pay bribes to sign chip shuts. I also get per work + law the stiy by when i gr recipts by Wiley. I up Improper grievance procedur. They will not resolve + Reynolds moved in viol. of PLRA cs 17 caps on action above. I got severe CTE, got mass bowel obstruct, got 24 spine Arth, mass bowel block with wounds we being published by Herm + Wilson up to completion of 8/24/24. I have 20 gr attire no got 1,400 B thy IRS gov got wld. 2000$ ammunition so up to the not need their bribes on capes gr recipts + chip sheets the coffee + Books, I'll have am Arth coffee + hustle [illegible] (IT IRS return)

_John A Young_
Notary Public

_(signature)_
D. Amer esq

OFFICIAL SEAL
John A Young
NOTARY PUBLIC-GEORGIA
Monroe COUNTY
My Comm. Expires July 16, 2028

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

**DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME;** if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

**WHERE** did the incident you are complaining about occur? That is, at what institution or institutions? BCSO, FCSO, LSH, GNCP, CSH, ODCRYMWL, DSP AMP, VSP, HSP NWPAS

**WHEN** do you allege this incident took place? 11/18/03 - 3/26/04, 4/12/05 - 7/22/08, 7/13/05 - 11/12/24,

**WHAT** happened? I got to buy 5 nurontin for pain my sund/ans ung. my boss one Gen Hemmens brother Hugh Garism I'm being Stalked by Judges named smith + people of a mercenary hit list for in case lunthor tres muymed in False charges False medical records + is in site by both authority, Inmate rosters lum does I up 5:15 87 or 6 1087 since ump last night can't I did most in middle of night last night. I got up to 20 grievances cut no bribery accepted by Raynard + Heather, but proposition by both last wk by Raymond + met Heather no show know I got money + sit money I due this unit does in 19 say hemail. came to met ofu. hey in treatment yeh I go I got n 40,000 univers n the clan 2 the pnm Dept I got all meds I up 6 ung 03 W on Davis both were cut. state work Feb

_John Young_  
Notary Public

SEAL  
John A Young  
NOTARY PUBLIC - GEORGIA  
Monroe COUNTY  
My Comm. Expires July 18, 2028

_D. Amerise_

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

**WHERE** did the incident you are complaining about occur? That is, at what institution or institutions? BCSO, CSH, GDCD, BSP, ASMP, FCSO, VSP, HSP, SMU, NWPDC.

**WHEN** do you allege this incident took place? 1/18/03, 3/26/04, 4/2/05-7/22/08, 7/13/09-11/1/24.

**WHAT** happened? My office grows slowly, but progressively. Since Dec. 2022 now got new file come back together short much altered + false doc. by local, state, Fed. Dept L.A. L GBI involved here stole/got original doc reveal false altered doc as mother Brown stow files. Tony Roothe may have paid almost by use of a stop cen 2015 to steal copy of doc and also steal + after doc Stow lawsuit matter JoAnn, Tony Perotta involved. Also I got about 40,000 doc on loss in an prev matrial + other very serious misconduct such as Lt. Abrem TV3, OFC Portes TV, Lt. Lewith drug + porn + spit in food. I got several complaints out now on such a CMCL-13/SURL13 + MS-13 hit to poison with various prolixn + hist on whoever to cause prog. misstep. Can say they too also spit in food, squirt semen on food etc. Abrem, Porres call me Fag + tram. I not their master. I an't caucasion im an Islander From Sicily Italy I can say.

John A Young
Notary Public

[Notary seal: A Young, NOTARY PUBLIC-GEORGIA, Monroe COUNTY, Expires July 16, 2028]

D. Allen
D. Allen CSq.

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? BCSO, CSH, GDCP, BSP, ASMP, FCSO, HSP, VSP, SMU.

WHEN do you allege this incident took place? 4/2/05-7/22/08 7/13/09-3/30/15-12/7/24.

WHAT happened? This law viol. state, local & Fed. criminal & civil law viol on all Facilities named above, all those dates applicable ongoing False Imprisonment, kidnapping, attempted murder, Aggravated asslt., battry, altr. doc. Felony theft, False statements, false audio altred video, perjury, TT-acts, Fed. Perjury, 96. 10-20 reversal of fact, False transcripts, False dep. BJR 19-on site, False med records, bowel obstruct., stuttering priapism Cholestrotma, ENT. abscess teeth, ingrown wisdom teeth, GSD/GDD, CTE of brain, 39 spine fract 19 by GDCP/SMU admn. ce fun 10/8/23. Wiley, Thomas, Clark & Holloway. They broke my back out of place upper back. Choke while restrained in legs & hands cuffs W/O [illegible] 45,000 pg. dam. loss.

John A Young
Notary Public

OFFICIAL SEAL
John A Young
NOTARY PUBLIC-GEORGIA
Monroe COUNTY
My Comm. Expires July 16, 2028

D. Am esq.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Lt Busby on crouch she saw bloody bruise when Instructor charge Chu to erection program in sleep happened in Feb 2018-2019 by drugs mention in Fred porter by OPrs Sgt Hunni no longer hir Also C got bowel obstruct Busby cause of False doc (mistriction False-

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

$500,000,000,000,000,000,000,000,000,000H. Contact to hear serious emergency need For effect enemic maximum injunctive relief sought 1 gram minimum Chulan hymenthropy. I up need For an special BP treatment with Ultram, Lyrica For pains damage never humming experience she Palsy Anna mal ves. & also Chose Nelson & Humi Filing Palsence

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 28th day of December, 2024.

PLAINTIFF

OFFICIAL SEAL
John A Young
NOTARY PUBLIC-GEORGIA
Monroe COUNTY
My Comm. Expires July 16, 2028

John A Young
Notary Public

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Ofc. Marshall aware I file gr. on bowel obstruction + priapism condition + the admn. not let appeal + exhaust procedure, resolve, or appeal out highest level, SDP/LOP/PLRA viol. deals with failure properly access gr. procedure, issue gr, # + exhaust available admn. procedure, (will doc)

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

$500,000,000,000,000,000,000,000,000,000,000,000 $. The World Health org. + DOC, State, Fed + local viol. deal with false med. records on axis of serious med. cond. fm 4/24/08 - 7/22/08 - 7/13/09, 9/1/09, 9/22/09, 9/29/09, to 10/27/09 - 11/4/10 - 3/30/15, 8/12/10, 12/18/13, 6/12/18 - 1/1/24 ongoing. Issue liquidation, rebuttal + copy rights own World Health + FDA on 7 continents MD's etc fm all 7 continents falsify med. records on protocol by BCSD for almost 20 yr at each facility, I so.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this _1st_ day of _November_, 20_24_.

_____
PLAINTIFF

OFFICIAL SEAL
John A Young
NOTARY PUBLIC-GEORGIA
Monroe COUNTY
My Comm. Expires July 16, 2028

_____
Notary Public